PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-po-00011-SAB |
| Plaintiff, | [Citation # 9481799 CA/82] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| DUANE MAXWELL | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00011-SAB [Citation #9481799 CA/82] against DUANE MAXWELL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 19, 2022               Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                            By:       /s/ *Alexandre Dempsey*
                                      ALEXANDRE DEMPSEY
                                      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00011-SAB [Citation #9481799 CA/82] against DUANE MAXWELL be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **January 19, 2022**

UNITED STATES MAGISTRATE JUDGE